Larry D. Simons CLS-B (CA Bar No. 179239)
**LAW OFFICES OF LARRY D. SIMONS**
225 South Lake Avenue, Suite 300
Pasadena, California 91101
Telephone: 626.432.5406
Facsimile: 626.389.5607

Attorneys for Steven and Michelle Hamburg, Debtors

FILED & ENTERED

OCT 19 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY adomingu DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>STEVEN and MICHELLE HAMBURG,<br><br>Debtors. | CASE NO. 1:09-bk-13847 MT<br><br>Chapter 13<br><br>**ORDER DISMISSING CHAPTER 13 CASE BASED UPON DEBTORS' UNSECURED DEBT EXCEEDING THE JURISDICITIONAL LIMITS UNDER 11 U.S.C. § 109(e)** |

      The debtors, Steven and Michelle Hamburg (the "Debtors") filed their voluntary chapter 13 bankruptcy petition on April 3, 2009 (the "Petition Date"). On their schedules, the Debtors listed secured debts in an amount of $723,988.00 which consisted of a first mortgage obligation in the amount of approximately $483,988.00 and a second mortgage obligation of approximately $240,000.00. The Debtors also listed unsecured, non-priority debt (they had no unsecured priority debt) of $115,369.20.

      On July 10, 2009, the Court entered an order titled "Order Granting Debtor's Motion For Valuation Of Security; Determination Of Secured Status And Avoidance Of Lien And Modification Of Rights Of Lienholder And Permission To Be Excused From Making Further Post Petition Mortgage Payments To Lienholder, Bank Of America, The Holder Of The Second Trust Deed (the "Order") whereby the second trust deed holder was to be treated as an unsecured creditor.

1

1  Subsequent to entry of the Order, the Court issued a memorandum on August 7,
2  2009 in the case styled **In re Russell L. Smith and Joy C. Smith**, Case number 1:08-bk17343
3  MT, wherein it ruled that junior consensual liens that are determined to be wholly undersecured
4  via motion after the Petition Date, must be treated as unsecured debt as of the petition date (the
5  "Smith Memorandum").  The Court hereby adopts its ruling in the Smith Memorandum and
6  applies it to the instant proceeding.
7  The Debtors' plan was confirmed by order of the Court on September 29, 2009 (the
8  "Confirmation Order").  Based upon the Smith Memorandum, the Debtors' unsecured debt totals
9  approximately $355,000, which exceeds the limit for unsecured debt of $336,900.00 found at 11
10 U.S.C. § 109(e).
11 Accordingly, the Court hereby **ORDERS** that the Debtors' case be DISMISSED.
12 **IT IS SO ORDERED.**

DATED: October 19, 2009

_____
United States Bankruptcy Judge

# PROOF OF SERVICE

**In re Steven and Michelle Hamburg**
CASE NO. SV 09-13847 MT

I, Larry D. Simons, the undersigned, declare and state as follows: I am an individual over 18 years of age and I am not a party to the within action. I am employed by a member of the State Bar of California, at whose direction service is made. My mailing business address is 225 South Lake Avenue, Suite 300, Pasadena, CA 91101.

On October 7, 2009, I caused to be served the following documents upon the interested parties:

**[Proposed] ORDER DISMISSING CHAPTER 13 CASE BASED UPON DEBTORS' UNSECURED DEBT EXCEEDING THE JURISDICITIONAL LIMITS UNDER 11 U.S.C. § 109(e).**

The foregoing document will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **the below stated date**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following referenced person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below.

XX **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On **the below stated date** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See Attached List**

**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **the below stated date** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**None**

EXECUTED on   October 6, 2009, at Pasadena, California

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

/s/ Larry D. Simons
_____
LARRY D. SIMONS

1 **SERVICE LIST**

2 *In re Hamburg, 1:09-bk-13847 MT*

4 **Debtors**

5 Steven and Michelle Hamburg
11052 Baird Avenue
6 Porter Ranch, CA 91326

7 **Chapter 13 Trustee**

8 Elizabeth F. Rojas
Chapter 13 Trustee
9 15060 Ventura Boulevard, Suite 240
Sherman Oaks, CA 91403