1    Larry D. Simons CLS-B (CA Bar No. 179239)
**LAW OFFICES OF LARRY D. SIMONS**
2    225 South Lake Avenue, Suite 300
Pasadena, California 91101
3    Telephone: 626.432.5406
Facsimile: 626.389.5607
4
Attorneys for Steven and Michelle Hamburg, Debtors
5

**FILED & ENTERED**

**OCT 28 2009**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY williams   DEPUTY CLERK

6

7

8                      **UNITED STATES BANKRUPTCY COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION**

10

11   In re                                          Case No. 1:09-bk-13847 MT

12   STEVEN and MICHELLE HAMBURG,                   Chapter 13

13         Debtors.                                 **ORDER GRANTING MOTION FOR STAY
                                                    PENDING APPEAL FROM ORDER
14                                                  DISMISSING CASE BECAUSE DEBTORS
                                                    EXCEED 11 U.S.C. § 109(e)'S LIMIT ON
15                                                  UNSECURED DEBT (ORDER ENTERED ON
                                                    DOCKET OCTOBER 19, 2009).**
16
                                                    DATE:  To be determined by Court
17                                                  TIME:   To be determined by Court
                                                    PLACE: Courtroom 302
18                                                  United States Bankruptcy Court
                                                    21041 Burbank Boulevard
19                                                  Woodland Hills, CA 91367

20        The Motion for an Order Imposing a Stay Pending Appeal (the "Motion") filed by the

21   Debtors/Appellants, Steven and Michelle Hamburg (the "Debtors") was considered by the Court on

22   an emergency basis pursuant to Local Bankruptcy Rule 9075-1.

23        The Court, having considered the pleadings filed in support of the Motion and other

24   pleadings contained in the record, hereby finds that:

25        1.      This Court entered an order on July 10, 2009 titled *Order Granting Debtor's Motion*

26   *for Valuation of Security; Determination of Secured Status and Avoidance of Lien and Modification*

27   *of Rights of Lienholder and Permission to be Excused from Making Further Post Petition Mortgage*

28

**Law Offices of Larry D. Simons**
225 South Lake Avenue, Suite 300
Pasadena, California 91101
TEL. 626.432.5406 • FAX 626.389.5607

1

**ORDER GRANTING MOTION FOR STAY PENDING APPEAL FROM** ORDER DISMISSING
CASE BECAUSE DEBTORS EXCEED 11 U.S.C. § 109(E)'S LIMIT ON UNSECURED DEBT
(ORDER ENTERED ON DOCKET OCTOBER 19, 2009). - CASE NO. 1:09-BK-13847 MT

1   *Payments to Lienholder, Bank of America* (the "Valuation Order"); and

2       2.    On August 7, 2009, this Court entered its memorandum in the case of **In re Russell**

3 **and Joy Smith,** Case No. 1:08-bk-17343 MT titled, *"Memorandum of Law Re: Debtor's Eligibility*

4 *Under 11 U.S.C. § 109(e) in Light of Undersecured Debt Exceeding Debt Limits"* (the

5 Memorandum); and

6       3.    The Court entered an order confirming the Debtors' Chapter 13 Plan on September

7 29, 2009 (the "Confirmation Order"); and

8       4.    Based upon its Memorandum, the Court entered an order on October 19, 2009

9 dismissing the Debtors' case (the "Dismissal Order"); and

10       5.    The Debtors timely filed their Notice of Appeal of the Dismissal Order on October

11 23, 2009 (the "Notice of Appeal").

12     **WHEREFORE,** good cause being presented for the granting of the underlying Motion, it is

13 hereby **ORDERED, ADJUDGED AND DECREED** that:

14     A.    The Debtors' Motion for Stay Pending Appeal is **GRANTED**; and

15     B.    The effect of the Dismissal Order is stayed, as it is the subject of the Notice of

16 Appeal, but also, that the Confirmation Order and Valuation Order remain in full force and effect,

17 and that pending final adjudication by the United States Court of Appeals for the Ninth Circuit that

18 all proceedings relating to or arising from the CASE are stayed without necessity of a supercedeas

19 bond.

20

21

22

23

24 

25

26

27 DATED: October 28, 2009        _____

                        United States Bankruptcy Judge

28

**Law Offices of Larry D. Simons**
225 South Lake Avenue, Suite 300
Pasadena, California 91101
TEL. 626.432.5406 • FAX 626.389.5607

2
**ORDER GRANTING MOTION FOR STAY PENDING APPEAL FROM** ORDER DISMISSING
CASE BECAUSE DEBTORS EXCEED 11 U.S.C. § 109(E)'S LIMIT ON UNSECURED DEBT
(ORDER ENTERED ON DOCKET OCTOBER 19, 2009). - CASE NO. 1:09-BK-13847 MT

**Law Offices of Larry D. Simons**
225 South Lake Avenue, Suite 300
Pasadena, California 91101
TEL. 626.432.5406 • FAX 626.389.5607

# PROOF OF SERVICE

## In re Steven and Michelle Hamburg
### CASE NO. SV 09-13847 MT

I, Larry D. Simons, the undersigned, declare and state as follows: I am an individual over 18 years of age and I am not a party to the within action. I am employed by a member of the State Bar of California, at whose direction service is made. My mailing business address is 225 South Lake Avenue, Suite 300, Pasadena, CA 91101.

On October 26, 2009, I caused to be served the following documents upon the interested parties:

**[Proposed] ORDER GRANTING MOTION FOR STAY PENDING APPEAL FROM ORDER DISMISSING CASE BECAUSE DEBTORS EXCEED 11 U.S.C. § 109(e)'S LIMIT ON UNSECURED DEBT (ORDER ENTERED ON DOCKET OCTOBER 19, 2009).**

The foregoing document will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **the below stated date**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following referenced person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below.

**See Attached List**

**SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On **the below stated date** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See Attached List**                              Honorable Maureen Tighe
                                                   21041 Burbank Boulevard, Ste 325
                                                   Woodland Hills, CA 91367

**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **the below stated date** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**None**

EXECUTED on ___October 26, 2009___, at Pasadena, California

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

/s/ Larry D. Simons

LARRY D. SIMONS

3

**ORDER GRANTING MOTION FOR STAY PENDING APPEAL FROM** ORDER DISMISSING CASE BECAUSE DEBTORS EXCEED 11 U.S.C. § 109(E)'S LIMIT ON UNSECURED DEBT (ORDER ENTERED ON DOCKET OCTOBER 19, 2009). - CASE NO. 1:09-BK-13847 MT

1

**NOTICE OF ENTRY OF ORDER**
**In re Steven and Michelle Hamburg**

2

**CASE NO. SV 09-13847 MT**

3

4   Notice is given by the court that a judgment or order entitled (specify) **[Proposed] ORDER GRANTING MOTION FOR STAY PENDING APPEAL FROM ORDER DISMISSING CASE BECAUSE DEBTORS EXCEED 11 U.S.C. § 109(e)'S LIMIT ON UNSECURED DEBT (ORDER ENTERED ON DOCKET OCTOBER 19, 2009).** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

5

6

7   **I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of the Entered dated, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

8

9

10   **(See attached List)**

11

12   **II. SERVED BY THE COURT VIA U.S. MAIL**: A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

13

14   **(See attached List)**

15

16   **III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

17

18

19   **(See attached List)**

20

21

22

23

24

25

26

27

28

**Law Offices of Larry D. Simons**
225 South Lake Avenue, Suite 300
Pasadena, California 91101
TEL. 626.432.5406 • FAX 626.389.5607

4

**ORDER GRANTING MOTION FOR STAY PENDING APPEAL FROM** ORDER DISMISSING
CASE BECAUSE DEBTORS EXCEED 11 U.S.C. § 109(E)'S LIMIT ON UNSECURED DEBT
(ORDER ENTERED ON DOCKET OCTOBER 19, 2009). - CASE NO. 1:09-BK-13847 MT

1

**Law Offices of Larry D. Simons**
225 South Lake Avenue, Suite 300
Pasadena, California 91101
TEL. 626.432.5406 • FAX 626.389.5607

# SERVICE LIST
*In re Hamburg, 1:09-bk-13847 MT*

2

## Served via NEF

3

OUST-SFV
Office of the United States Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

4

5

6

Elizabeth Rojas
Chapter 13 Trustee
15301 Ventura Blvd. Bldg B, Suite 400
Sherman Oaks, CA 91403

7

8

Larry D. Simons
Law Offices of Larry D. Simons
225 South Lake Avenue, Suite 300
Pasadena, CA 91101

9

10

## Served via First Class Mail

11

## Debtors
Steven and Michelle Hamburg
11052 Baird Avenue
Porter Ranch, CA 91326

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

**ORDER GRANTING MOTION FOR STAY PENDING APPEAL FROM** ORDER DISMISSING
CASE BECAUSE DEBTORS EXCEED 11 U.S.C. § 109(E)'S LIMIT ON UNSECURED DEBT
(ORDER ENTERED ON DOCKET OCTOBER 19, 2009). - CASE NO. 1:09-BK-13847 MT