FILED & ENTERED

NOV 05 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY adomingu DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Steven Hamburg,<br><br>Michelle Hamburg<br><br><br><br>Debtor(s). | Case No: 1:09-bk-13847-MT<br><br>Chapter: 13<br><br>**ORDER CERTIFYING CASE FOR DIRECT APPEAL**<br><br>[NO HEARING REQUIRED] |

On October 19, 2009, this Court issued an order dismissing Debtors' Chapter 13 petition. The Court issued this order because it found that the Ninth Circuit's language in *Scovis v. Henrichsen* (*In re Scovis*), 249 F.3d 975, 981 (9th Cir. 2001), and the Bankruptcy Appellate Panel's language in *In re Soderlund*, 236 B.R. 271, 273 (9th Cir. B.A.P. 1999) compelled it to find that a fully undersecured second mortgage on a debtor's primary residence counts as unsecured debt for purposes of 11 U.S.C. 109(e)'s limits on the amount and type of a Chapter 13 debtor's debts. The *Scovis* and *Soderlund* courts, however, did not address the issue of how to classify undersecured debt on a primary residence. The classification of undersecured debt on a primary residence presents a pressing problem because almost every debtor that files a Chapter 13 petition in the Central District of California has undersecured debt

- 1 -

on their primary residence. Thus, until there is a binding appellate opinion on this debt classification issue, many potential Chapter 13 debtors will not know if they are eligible for relief under Chapter 13. Because it is unclear if the language in *Scovis* and *Soderlund* controls as to classification of undersecured debt on a primary residence and clarifying the Chapter 13 eligibility of hundreds if not thousands of potential debtors is a matter of public importance;

**IT IS HEREBY ORDERED** that the order dismissing the above case is **CERTIFIED** for direct appeal to the Ninth Circuit Court of Appeals.

DATED: November 5, 2009

United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER CERTIFYING CASE FOR DIRECT APPEAL** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of October 28, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Elizabeth (SV) Rojas    cacb_ecf_sv@ch13wla.com
- John D Schlotter    bkmail@mrdefault.com
- Larry D Simons    larry@lsimonslaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Steven Hamburg
Michelle Hamburg
11052 Baird Avenue
Porter Ranch, CA 91326

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page