# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

**FILED NOV 9 2009**
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
By_____ Deputy Clerk

| In re: | CASE NO: SV 09-13847-MT |
|---|---|
| Steven and Michelle Hamburg | **NOTICE OF REFERRAL OF APPEAL** |
| Debtor(s). | Notice of Appeal Filed: Oct 23, 2009<br>Notice of Cross-Appeal Filed:<br>Bankruptcy Filed: 4/3/2009 |

TO:   ALL PARTIES IN INTEREST, AND
[ x ] BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT, OR
[  ] U. S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

YOU AND EACH OF YOU are hereby notified that the following documents have been filed with the Clerk of the Bankruptcy Court:

- [X] Motion for Leave to Appeal
- [ ] Answer in Opposition to Motion for Leave to Appeal
- [X] Notice of __x__ Appeal ____ Cross-Appeal
- [ ] Appellant's Statement of Election to Transfer Appeal to District Court
- [X] Other

By virtue of Orders of the Judicial Council of the Ninth Circuit and the District Court for this District, the above appeal and related documents have been referred to the Bankruptcy Appellate Panel or U.S. District Court, as indicated above.

DATED:____Nov 9, 2009_____

JON D. CERETTO
Clerk of Court
By:__Jewell Williams_____
Deputy Clerk

## CERTIFICATE OF MAILING

I hereby certify that a true copy of the NOTICE OF APPEAL, NOTICE OF REFERRAL OF APPEAL, TRANSCRIPT ORDER FORM, AND NOTICE OF TRANSCRIPT were mailed to each of the parties listed in the Appeal, at the address set forth with their respective names on this date, together with a copy of the below-referenced applicable Order:

- [ ] **AMENDED ORDER ESTABLISHING AND CONTINUING THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT** (referencing appeals originating in bankruptcy cases filed on or before 10/22/94)
- [X] **ORDER CONTINUING BANKRUPTCY APPELLATE PANELS OF THE NINTH CIRCUIT** (referencing appeals originating in bankruptcy cases filed after 10/22/94)

DATED:__11-9-2009_____

JON D. CERETTO
Clerk of Court
By:__Jewell Williams_____
Deputy Clerk

APPEALS : NTC-REF.BK (7/96)    **NOTICE OF REFERRAL (Bankruptcy)**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

## APPEAL SERVICE LIST

**X☐** NOTICE OF REFERRAL OF APPEAL

☐ CERTIFICATE OF READINESS AND COMPLETION OF RECORD

CASE NO: __SV 09-13847-MT_____    ADVERSARY NO: _____

[X] BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
Office of the Clerk
United States Court of Appeals Building
125 South Grand Avenue
Pasadena, CA 91105-1510

[ ] U. S. DISTRICT COURT
Central Dist. of California, Western Division
U. S. Courthouse, Room G-8
312 North Spring Street
Los Angeles, CA 90012-4701

[ ] U. S. DISTRICT COURT
Central Dist. of California, Southern Division
U. S. Courthouse, Room 101
751 West Santa Ana Blvd.
Santa Ana, CA 92701-4025

[X] Peter Anderson
OFFICE OF THE U. S. TRUSTEE
221 N. Figueroa Street, Suite 800
Los Angeles, CA 90012-2601

[ ] Arthur Marquis
OFFICE OF THE U. S. TRUSTEE
600 W. Santa Ana Blvd., Suite 501
Santa Ana, CA 92701-4025

**INDICATE BELOW NAMES AND ADDRESSES OF PARTIES LISTED IN THE APPEAL:**

Larry D Simons
Law Offices of Larry Simons
225 So. Lake Avenue Ste 300
Pasadena CA 91101

Elizabeth Rojas
Chapter 13 Trustee
15301 Ventura Blvd Bldg B Ste 400
Sherman Oaks CA 91403

APPEAL SERVICE LIST

APPEALS : SERVLIST (7/96)