Larry D. Simons CLS-B (CA Bar No. 179239)
larry@lsimonslaw.com
**LAW OFFICES OF LARRY D. SIMONS**
225 South Lake Avenue, Suite 300
Pasadena, California 91101
Telephone: 626.432.5406
Facsimile: 626.389.5607

Attorneys for Steven and Michelle Hamburg, Debtors

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>STEVEN and MICHELLE HAMBURG,<br><br>Debtors. | Case No. 1:09-bk-13847 MT<br><br>Chapter 13<br><br>**NOTICE OF TRANSCRIPTS FOR RECORD ON APPEAL TO BE PRESENTED ON APPEAL FROM ORDER DISMISSING CASE BECAUSE DEBTORS EXCEED 11 U.S.C. § 109(e)'S LIMIT ON UNSECURED DEBT (ORDER ENTERED ON DOCKET OCTOBER 19, 2009).** |

**TO THE HONORABLE MAUREEN TIGHE, UNITED STATES BANKRUPTCY JUDGE, AND ELIZABETH ROJAS, CHAPTER 13 TRUSTEE:**

**PLEASE TAKE NOTICE** that Debtors, Steven and Michelle Hamburg (the "Debtors"), by and through their counsel of record, Larry D. Simons, Esq. of the Law Offices of Larry D. Simons, do respectfully request the following Transcripts of Hearings to be Designated for the Record on Appeal, and as counsel of record, have requested or will request such transcripts, and for which as counsel of record guarantee payment of the costs upon demand and any costs associated therewith prior to cancellation, if any:

1

<u>Hearing Date and Time</u>

September 8, 2009 at 9:30 a.m.

**WHEREFORE,** Debtors Steven and Michelle Hamburg, respectfully request the clerk of the Court prepare the foregoing transcripts to be transmitted as part of the record on appeal.

DATED: 12/15/09          **LAW OFFICES OF LARRY D. SIMONS**

By: _____
Larry D. Simons
Attorneys for Steven and Michelle Hamburg,
Debtors

---

**NOTICE OF TRANSCRIPTS FOR RECORD ON APPEAL TO BE PRESENTED ON APPEAL FROM ORDER DISMISSING CASE BECAUSE DEBTORS EXCEED 11 U.S.C. § 109(E)'S LIMIT ON UNSECURED DEBT (ORDER ENTERED ON DOCKET OCTOBER 19, 2009). - CASE NO. 1:09-BK-13847 MT**

2

| In re:<br><br>STEVEN and MICHELLE HAMBURG<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NUMBER  1:09-bk-13847 MT |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

225 South Lake Avenue, Suite 300, Pasadena, CA 91101

The foregoing document described **NOTICE OF TRANSCRIPTS FOR RECORD ON APPEAL TO BE PRESENTED ON APPEAL FROM ORDER DISMISSING CASE BECAUSE DEBTORS EXCEED 11 U.S.C. § 109(e)'S LIMIT ON UNSECURED DEBT (ORDER ENTERED ON DOCKET OCTOBER 19, 2009)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **12/15/09** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Elizabeth Rojas, Chapter 13 Trustee:  lrojas@ch13wla.com**
**David B. Lally, Esq, (Counsel for Chapter 13 Trustee):  davidlallylaw@gmail.com**

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On __12/15/09__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Hon. Maureen Tighe, United States Bankruptcy Court, 21041 Burbank Blvd. Ste 325, Woodland Hills, CA 91367

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/15/09 | Larry D. Simons | /s/ Larry D. Simons |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9013-3.1